IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JESSE ELIJAH ROGERS,

    Plaintiff,
v.                                                CASE NO. 5:18-cv-55-MCR-GRJ

HOLMES COUNTY FLORIDA, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint. (ECF No. 1.) Because Plaintiff failed to pay the filing fee or to seek leave to proceed as a pauper, the Court deferred further consideration of the complaint until the payment of the filing fee or the filing of a motion for leave to proceed as a pauper. (ECF No. 3.)

Additionally, upon a preliminary screening of the complaint and a review of the Court's PACER case locator, the Court determined that Plaintiff is subject to the three-strikes bar of 28 U.S.C. § 1915(g) in the event he desires to proceed as a pauper. (*Id.*)[1] The Court, therefore,

---

[1] *See Rogers v. Sheriff John Tate*, Case No. 5:17cv161-MCR-GRJ (N.D. Fla. July 10, 2017) (dismissing case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted and assessing Plaintiff a "strike" pursuant to 28 U.S.C. § 1915(g)); *Rogers v. Holmes Cty. Bd. of Cty. Comm'rs*, Case No. 5:17-cv-294/MCR/EMT (N.D. Fla. Jan. 5, 2018) (dismissing case pursuant to 28

*Page 2 of 3*

advised Plaintiff that in the event he files a motion for leave to proceed as a pauper, Plaintiff must also show cause as to why he is not barred by the three-strikes provision of 28 U.S.C. § 1915(g) from bringing this case as a pauper. (*Id.*)

The Court ordered Plaintiff to pay the filing fee or file a motion for leave to proceed as a pauper on or before March 23, 2018. (*Id.*) Further, the Court ordered that if Plaintiff files a motion for leave to proceed as a pauper, he must show cause on or before March 23, 2018, as to why the case should not be dismissed under the 28 U.S.C. § 1915(g) three-strikes bar. (*Id.*) Lastly, the Court warned Plaintiff that failure to comply would result in a recommendation to the district judge that the case be dismissed without further notice. (*Id.*)

As of the date of this report and recommendation, Plaintiff has not complied with the Court order, failing to either pay the filing fee or file a motion for leave to proceed as a pauper.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply

---

U.S.C. § 1915(e)(2)(B)(i) as malicious and assessing Plaintiff a "strike" under 28 U.S.C. § 1915(e)); *Rogers v. John Tate*, Case No. 5:17cv270/MCR/EMT (N.D. Fla. Jan. 23, 2018) (dismissing case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious and assessing Plaintiff a "strike" under 28 U.S.C. § 1915(e)).

with an Order of the Court.

    **IN CHAMBERS** this 26th day of March 2018.

                                  *s/ Gary R. Jones*
                                  GARY R. JONES
                                  United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**